# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIO FOREMAN, | CASE NO. 1:08-cv-01942-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBITS AS MOOT |
| v. | (Doc. 13) |
| CALIFORNIA DEPT. OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff Marcio Foreman is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on December 19, 2008, and by separate order, the Court dismissed Plaintiff's complaint, with leave to amend, for failure to state any claims.

On February 2, 2009, Plaintiff filed a motion seeking leave to file supplemental exhibits. Exhibits must be attached to the pleading, and may not be submitted piecemeal. Fed. R. Civ. P. 10(c). Regardless, in light of the dismissal of Plaintiff's complaint, Plaintiff's motion for leave to file supplemental exhibits to the complaint is HEREBY DENIED AS MOOT.

IT IS SO ORDERED.

Dated: May 4, 2009           /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE

1