# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIO FOREMAN,<br><br>       Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, et al.,<br><br>       Defendants.<br>_____/ | CASE NO. 1:08-cv-01942-SMS PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED<br><br>(Doc. 14) |

   Plaintiff Marcio Foreman is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on December 19, 2008.  On May 4, 2009, the Court dismissed Plaintiff's complaint for failure to state any claims upon which relief may be granted, and ordered Plaintiff to file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  To date, Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///
///
///
///
///
///
///

1

1  Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is
2  HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which
3  relief may be granted under section 1983.

IT IS SO ORDERED.

**Dated:    June 30, 2009**              /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE